IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE JONES,** | : | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | : | |
| v. | : | Civil No. 23-cv-5111 |
| **POLICE OFFICER EUGENE ROHER,** | : | |
| **Defendants.** | : | |

### NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Kindly enter the appearance of Althea J. Udo-Inyang as counsel for Defendant Police Officer Eugene Roher in the above-entitled matter.

Date: February 26, 2024

/s/ *Althea J. Udo-Inyang*
**Althea J. Udo-Inyang**
Deputy City Solicitor
Pa. Attorney ID No. 310842
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5433 (Phone)
215-683-5397 (Fax)
Althea.Udo-Inyang@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE JONES,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil No. 23-cv-5111 |
| | : | |
| **POLICE OFFICER EUGENE ROHER,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

/s/ *Althea J. Udo-Inyang*
**Althea J. Udo-Inyang**
Deputy City Solicitor
Pa. Attorney ID No. 310842
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5433 (Phone)
215-683-5397 (Fax)
Althea.Udo-Inyang@phila.gov

Date: February 26, 2024